Michelle R. Ghidotti-Gonsalves, Esq. (SBN 027180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Secured Creditor
Deutsche Bank National Trust Company, as Certificate
Trustee on behalf of Bosco Credit II Trust Series 2010-1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### YUMA DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-03403 |
| NEMECIO CORONA | CHAPTER 13 |
| Debtor. | **OBJECTION TO CHAPTER 13 PLAN** |
| | **341(a) Meeting of Creditors:**<br>Date: 05/11/2018<br>Time: 11:30 AM<br>Place: 1440 Desert Hills Drive, Yuma Arizona |
| | Judge: Brenda Moody Whinery |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

Deutsche Bank National Trust Company, as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assignees, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Nemecio Corona.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2020 and is secured by a Deed of Trust on the subject property commonly known as 12748 East 45th Street, Yuma Arizona 85367. As of 4/3/2018, the approximate amount in default was $19,351.45, as will be described in a Proof of Claim; Secured Creditor files this Objection to protect its interests.

**ARGUMENT**

Under 11 U.S.C. §1325, the provisions for plan confirmation in a Chapter 13 have been set. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. Based on the foregoing, as more fullyg detailed below, the Plan cannot be confirmed as proposed.

**A. IMPERMISSIBLY MODIFIES SECURED CREDITOR'S RIGHTS**

Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is debtor's principal residence is impermissible. The proposed Plan modifies Secured Creditor's claim in two ways. First, while Secured Creditor's loan matures in July 2020, the plan does not provide for full payment of the loan during the plan term. In addition, the plan provides for only $10,000 in arrears. Creditor's forethcoming Proof of Claim will show $19,351.45 in arrears. To cure the pre-petition arrearages of $19,351.45 over a 60 month Plan, Secured Creditor must receive a minimum payment of $322.52 per month from the Debtor through the Plan. Debtor's Plan provides for payments in the amount of $166.67 per month for 60 months. Therefore, the Plan is not feasible.

////
////
////
////

## B. THE PLAN IS NOT FEASIBLE – DEBTOR DOES NOT HAVE SUFFICIENT INCOME

Pursuant to Schedules I and J, Debtor has net income of $957.38. See **Exhibit "1"** Schedules I and J. Based on the petition, Debtor is proposing to contribute his entire net income to the trustee each month. Debtor does not have sufficient net income for the increases in the plan payments necessary to cure the arrears owed to Secured Creditor and pay the full balance claim. Thus, Debtor does not have sufficient net income for a Chapter 13 Plan, and the case should be dismissed or converted under these circumstances.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied,
2. For attorneys' fees and costs herein, and
3. For such other relief as this Court deems proper.

Dated: May 15, 2017        LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Michelle Ghidotti-Gonsalves
Michelle Ghidotti-Gonsalves, Esq.
Counsel for Deutsche Bank National Trust Company, as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1

# EXHIBIT "1"

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | Nemecio Corona |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number (If known) | 0:18-bk-03403 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income          12/15

**Be as complete and accurate as possible.** If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
   | Occupation | Technician | |
   | Employer's name | Associated Materials Inc. | |
   | Employer's address | 7550 E 30 Th St | |
   | | Number   Street | Number   Street |
   | | | |
   | | Yuma, AZ 85365 | |
   | | City   State   ZIP Code | City   State   ZIP Code |
   | How long employed there? | 2 Years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 5,191.48 | $ _____ |
| 3. **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 5,191.48 | $ _____ |

Official Form 106I   Schedule I: Your Income   page 1

Case 0:18-bk-03403-BMW   Doc 29   Filed 05/16/18   Entered 05/16/18 10:53:32   Desc
Main Document   Page 29 of 135

Debtor 1  Nemecio Corona _____  Case number (*if known*) 0:18-bk-03403_____
          First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ................................................. ➔ 4.   $ 5,191.48    $_____

5. **List all payroll deductions:**

   5a. **Tax, Medicare, and Social Security deductions**   5a. $ 385.80   $_____
   5b. **Mandatory contributions for retirement plans**   5b. $ 0.00   $_____
   5c. **Voluntary contributions for retirement plans**   5c. $ 147.68   $_____
   5d. **Required repayments of retirement fund loans**   5d. $ 0.00   $_____
   5e. **Insurance**   5e. $ 165.36   $_____
   5f. **Domestic support obligations**   5f. $ 0.00   $_____
   5g. **Union dues**   5g. $ 0.00   $_____
   5h. **Other deductions.** Specify: __HSA, other insurance__   5h. + $ 129.26   + $_____
   _____   $ 0.00   $_____
   _____   $ 0.00   $_____
   _____   $ 0.00   $_____

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 828.10   $_____
7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 4,363.38   $_____

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00
   8b. **Interest and dividends**   8b. $ 0.00   $ 0.00
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00
   8d. **Unemployment compensation**   8d. $ 0.00   $ 0.00
   8e. **Social Security**   8e. $ 0.00   $ 0.00
   8f. **Other government assistance that you regularly receive**
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____   8f. $ 0.00   $ 0.00
   8g. **Pension or retirement income**   8g. $ 0.00   $ 0.00
   8h. **Other monthly income.** Specify: _____   8h. + $ 0.00   + $ 0.00

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 4,363.38  +  $ 0.00  =  $ 4,363.38

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.  $ 4,363.38
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain: _____

# Official Form 106I
## Attachment for Additional Employment Information

| | |
|---|---|
| Debtor / Debtor 2 | Nemecio Corona |
| Occupation | |
| Name of Employer | Caravan Oasis RV LLC |
| Employer's Address | _____<br>Number     Street<br>_____<br>,_____<br>City              State         ZIP Code |
| How long employed there? | |

| | |
|---|---|
| Debtor / Debtor 2 | Nemecio Corona |
| Occupation | |
| Name of Employer | L.P.G. Associates |
| Employer's Address | _____<br>Number     Street<br>_____<br>,_____<br>City              State         ZIP Code |
| How long employed there? | |

| | |
|---|---|
| Debtor / Debtor 2 | |
| Occupation | |
| Name of Employer | |
| Employer's Address | _____<br>Number     Street<br>_____<br>_____<br>City              State         ZIP Code |
| How long employed there? | |

| | |
|---|---|
| Debtor / Debtor 2 | |
| Occupation | |
| Name of Employer | |
| Employer's Address | _____<br>Number     Street<br>_____<br>_____<br>City              State         ZIP Code |
| How long employed there? | |

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | Nemecio Corona |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of Arizona (State) |
| Case number (If known) | 0:18-bk-03403 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 18 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:
   
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 150.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Debtor 1 Nemecio Corona
First Name   Middle Name   Last Name

Case number (if known) 0:18-bk-03403

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 330.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 205.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 150.00 |
| | 6d. Other. Specify:_____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 645.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 265.00 |
| 10. | **Personal care products and services** | 10. | $ 200.00 |
| 11. | **Medical and dental expenses** | 11. | $ 244.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 680.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 225.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 92.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Property | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | | 20e. | $ 0.00 |

| | | |
|---|---|---|
| 21. **Other.** Specify:_____ | 21. +$ | 0.00 |
| Miscellaneous | +$ | 220.00 |
| _____ | +$ | |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.      22a. $ 3,406.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a     22b. $

    and 22b. The result is your monthly expenses.      22c. $ 3,406.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a. $ 4,363.38

    23b.  Copy your monthly expenses from line 22c above.      23b. –$ 3,406.00

    23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.      23c. $ 957.38

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Creditor
Deutsche Bank National Trust Company, as Certificate trustee on behalf of Bosco Credit II Trust Series 2010-1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – YUMA DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 0:18-bk-03403-BMW |
| Nemecio Corona, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

**<u>CERTIFICATE OF SERVICE</u>**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On May 15, 2018 I served the following documents described as:

- **Objection to Plan**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Nemecio Corona<br>12748 E 45th St<br>Yuma, AZ 85367<br><br>**Debtor's Counsel**<br>JAMES R. GAUDIOSI<br>Jim Gaudiosi, Attorney at Law PLLC<br>15396 N. 83rd Ave.<br>Suite D-102<br>Peoria, AZ 85381<br><br>JAMES ROBERT GAUDIOSI<br>BEACON LAW FIRM<br>7680 UNIVERSAL BLVD SUITE 100<br>ORLANDO, FL 32819 | **Chapter 13 Trustee**<br>RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965<br><br>**Office of the U.S. Trustee**<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2018 at Santa Ana, California

/*s / Krystle Miller*
Krystle Miller